JS–6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHN STUART MARSHALL,           )   Case No. CV 11-7815-SP
            Plaintiff,        )
                      )   **JUDGMENT**
           v.               )
MICHAEL J. ASTRUE,              )
Commissioner of Social Security  )
Administration,                 )
           Defendant.       )
_____ )

    Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: September 17, 2012

                                 _____
                                 SHERI PYM
                                 United States Magistrate Judge